# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## CASE NO. 6:24-cv-747-JSS-DCI

LAUREN BUXTON, individually and
on behalf of others similarly situated,

 *Plaintiff,*

v.

FULL SAIL, LLC and THE OFFICE
GURUS, LLC,

 *Defendants.*

## LOCAL RULE 3.09 NOTICE

Pursuant to Local Rule 3.09, the Parties hereby inform the Court that they have reached a tentative, confidential resolution of the above-captioned matter. The Parties anticipate that a stipulation of dismissal will be filed in the next forty-five (45) days upon final resolution of this action.. The Parties respectfully request that the Court vacate any and all pending deadlines, and that it retain jurisdiction and not dismiss the matter at this time.

Dated: March 20, 2025

Respectfully submitted,
*s/Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Florida Bar No.: 0067926
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (954) 889-3359

1
1

jeggnatz@justiceearned.com

Max S. Morgan, Esq.*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Telephone: (267) 587-6240
max.morgan@theweitzfirm.com

Michael T. Ramsey*
SHEEHAN & RAMSEY, PLLC
429 Porter Avenue
Ocean Springs, MS 39564
Tel: (228) 231-0715
mike@sheehanramsey.com

*admitted pro hac vic
**Counsel for Plaintiff and Putative Classes**

| | |
|---|---|
| **COPILEVITZ, LAM & RANEY, P.C.**<br>310 W. 20 St., Ste. 300<br>Kansas City, MO 64108<br>Tel.: (816) 472-9000<br>Fax: (816) 472-5000<br><br>William E. Raney*<br>Colin Gregory*<br>Email: braney@clrkc.com<br>        cgregory@clrkc.com<br><br><br>*Admitted pro hac vice* | **STUMPHAUZER KOLAYA**<br>**NADLER & SLOMAN, PLLC**<br>2 S. Biscayne Blvd., Ste. 1600<br>*Miami, FL 33131*<br>Tel.: (305) 614-1415<br>*Fax: (305) 614-1425*<br><br>By: /s/ Amy M. Bowers<br>Timothy A. Kolaya (FBN: 56140)<br>Amy M. Bowers (FBN: 105755)<br>Email: tkolaya@sknlaw.com<br>        abowers@sknlaw.com |

**Counsel for Defendant**
**The Office Gurus, LLC**

**GREENBERG TRAURIG, P.A.**
s/ Gregory W. Herbert
Gregory W. Herbert, Esq.
Florida Bar No. 0111510

2
2

herbertg@gtlaw.com

Stephen G. Anderson, Esq.
Florida Bar No. 105697
andersonst@gtlaw.com
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

**_Counsel for Defendant_**
**_Full Sail, LLC_**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will

send notice of electronic filing to all counsel of record.

By: _/s/ Joshua H. Eggnatz_
Joshua H. Eggnat

3
3