UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAUREN BUXTON,

    Plaintiff,

v.                                                  Case No: 6:24-cv-747-JSS-DCI

FULL SAIL, LLC, and THE OFFICE
GURUS, LLC,

    Defendants.
_____/

## ORDER

The parties have filed a joint notice of settlement. (Dkt. 104.) Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that sixty-day period, however, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on March 28, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record