# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO. 6:24-cv-747-JSS-DCI

LAUREN BUXTON, individually and on behalf of others similarly situated,

    *Plaintiff*,

v.

FULL SAIL, LLC and THE OFFICE GURUS, LLC,

    *Defendants*.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Lauren Buxton and Defendants, The Office Gurus, LLC ("TOG") and Full Sail, LLC ("Full Sail") (collectively, the "Parties"), by and through counsel, hereby stipulate to the dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiff's individual claims against Defendants with prejudice, and to the dismissal of all the claims of any putative class members without prejudice. The case has not been certified as a class action, and this Stipulation of Dismissal disposes of the entire action. Each party shall bear its own costs and attorneys' fees.

Dated: June 12, 2025

Respectfully submitted,
*s/Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Florida Bar No.: 0067926
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, Florida 33314

1

        Telephone: (954) 889-3359
        jeggnatz@justiceearned.com

        Max S. Morgan, Esq.*
        THE WEITZ FIRM, LLC
        1515 Market Street, #1100
        Philadelphia, PA 19102
        Telephone: (267) 587-6240
        max.morgan@theweitzfirm.com

        Michael T. Ramsey*
        SHEEHAN & RAMSEY, PLLC
        429 Porter Avenue
        Ocean Springs, MS 39564
        Tel: (228) 231-0715
        mike@sheehanramsey.com

        *admitted pro hac vic
        *Counsel for Plaintiff and Putative Classes*

| | |
|---|---|
| **COPILEVITZ, LAM & RANEY, P.C.**<br>310 W. 20 St., Ste. 300<br>Kansas City, MO 64108<br>Tel.: (816) 472-9000<br>Fax: (816) 472-5000<br><br>William E. Raney*<br>Colin Gregory*<br>Email: braney@clrkc.com<br>cgregory@clrkc.com<br><br>**Admitted pro hac vice* | **STUMPHAUZER KOLAYA**<br>**NADLER & SLOMAN, PLLC**<br>2 S. Biscayne Blvd., Ste. 1600<br>*Miami, FL 33131*<br>Tel.: (305) 614-1415<br>*Fax: (305) 614-1425*<br><br>By: **s/ William E. Raney**<br>Timothy A. Kolaya (FBN: 56140)<br>Email: tkolaya@sknlaw.com<br><br>*Counsel for Defendant,*<br>*The Office Gurus, LLC* |

2

**GREENBERG TRAURIG, P.A.**
**s/ *Gregory W. Herbert***
Gregory W. Herbert, Esq.
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson, Esq.
Florida Bar No. 105697
andersonst@gtlaw.com
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

*Counsel for Defendant, Full Sail, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Gregory W. Herbert*
Gregory W. Herbert